IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| RESHONDA M. SMITH, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>HIRERIGHT, LLC,<br><br>      Defendant. | Case No. 1:20-cv-03956-LMM-JKL<br><br>**NOTICE OF DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Reshonda M. Smith hereby voluntarily dismisses all claims she asserted in this action against Defendant HireRight, LLC with prejudice. The dismissal shall be without an award of costs or fees to any party.

                                                 Respectfully submitted,

Dated: April 26, 2021           /s/ E. Michelle Drake
                                                E. Michelle Drake, #229202
                                                BERGER MONTAGUE PC
                                                43 SE Main Street, Suite 505
                                                Minneapolis, MN 55414
                                                Tel.: 612.594.5999
                                                Fax: 612.584.4470
                                                Email: emdrake@bm.net

                                                Attorneys for Plaintiff

## CERTIFICATE OF COMPLIANCE

This motion was prepared with Times New Roman (14 point) and that it does not contain more than 10 characters per inch of type in compliance with LR 5.1.

Dated:  April 26, 2021                                          /s/ E. Michelle Drake
                                                                             E. Michelle Drake, #229202

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2021, I electronically filed the foregoing NOTICE OF DISMISSAL with the Clerk of Court using the CM/ECF system, which will cause notice to be sent to all counsel of record.

/s/ E. Michelle Drake
E. Michelle Drake, #229202